IN the united States District court
For the miDDLe District of Tennessee

Jimmy Anthony Cox, SR.
Plaintiff(s)

Division Nashville

RECEIVED
AUG 19 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

V " #1#2#3
See attached "
Defendant(s)

Case # ______
Judge ______
magistrate Judge ______

Corruption / with holding Evidence
Violation of Civil Rights / assaulted
(Type of Pleading)

Defendant No1. Sheriff mike van Dyke
On Feb-4-2025 Feb-5-2025 Jimmy Anthony cox, SR.
Pro-ce was assaulted and evidence be
with holded and cover up by Sheriff Depart-
ment Officers In Roberson county and
Do work in the state of tennessee
mr. van Dyke Did knowingly and willingly
Let this happen to mr. cox SR, and Did
nuthing to repermon his staff or
Investigate the assaulte or the
corruption of the cover up So mr. Cox SR.
Pro-ce is sueing For one hundred millon Dollars
In both Individual and official capacitys.

8-13-25

Defendant cptn wayne carlisle
on Feb-4-25 2-5-25 Jimmy -
Anthony cox SR, pro-ce was assaulted
and mr. Carlisle Did willing and
knowingly let Roberson county/
Sheriff officers assaulte/
cover/corruption and Did nothing
to Discplain his staff ~~to me~~ and
as conspired to steal/1,200 Dollars
~~with ms. ms. Charlotte~~
with ms. Charlotte crabtree
without mr. cox SR, permisson
to take His money so mr. cox SR.
pro-ce is sue For One Hundred millon
Dollars In Indiviridual and official
capacitys.

Defendant no. 3 Sgt/Lt Roberts
on Feb-4-25 mr. Jimmy anthony cox SR
pro-ce was assaulted by mr. Roberts
and a nuther sheriff's officer
ending in major Broken Bones
and pain and suffing and medical Bills
so mr. Cox is sue For a one hudred
millon Dollars Indiviridual and
official capacity and did try to
cover up the assaulte/corruption.
mr. cox was want Felony assaulte
and was put in fear for his Life. to?

EX EX

7-8-25

What I mean by the nation's Believe is the Believe of the CJCC which me Christ Jesus coustmary ceter which is a stg group in the state of tessnee prison sastem which the CJCC simple ts on cops cars and their face and are five Forktion which are Books

Nation's
one Nation's
Aryan Nation's
white Nation's
CJCC Nation's
oak ridge nation's

ppfnbrdb

the reason to say is I've more proff of there the officers on co's here are invaled in this reason I've said is I'm X-Aryan nation or was because of this they are doing and the Lt-trelstad has Beseen shot shooting sideward Bulf as well as the sheriffs officers but not all of them and Jeremy Crabtree and Charlotte Crabtree are, or was

8-13-25

Defendant No 3 Sgt/Lt. Roberts And Does work for Roberson County Sheriff's Department and the State of Tennessee.

Defendant No. 4 Cpl - Feelstad Did assaulte Jimmy Anthony Cox SR Pro-Ce Feb-4-2025 ending major Broken Bones and Pain and Suffering and Medical Bills and Did Put mr. Cox SR, In Fear of is Life so mr. Cox SR is sueing For one Hundred millon Dollars in Individual and official Capacity and Does work For Roberson County Sheriff's Department and the State of Tennesse. and Did coverup Corruption / evidence.

~~Defendant No. 5~~

Defendant. No 5 Detective Jerry morris on Feb-5-2025 Did assaulte Mr. Jimmy Anthony Cox SR Pro-Ce ending in major Broken Bones and Pain and Suffering and Did Put Mr. Cox SR, In Fear of his Life and Does want Felony charges

#70

7-8-25

On 2end contact which is on the Feb 5, 2025 when they came on me and my pittbull Rosine laying Down they said put your hands up mother Fucker you peace of shit mother Fucker I did and they came in at the same time a sheriff officer came in on my Left on as they came the officer at the left went to hit my dog I put my Left hand in the way and He hit my hand and it Broke and then he Hit my Dog and nock her I don't if it was a slap stick or the rifle Barl But I do know she was out and at this point I was in fear for my life and my dog's life and they grab me and throw over and beat and nee me one had is nee on my neck and I told them I could not Breath and I passed out and was raise up and took to the edge of the creek Bank now what they should Have done when they see me put my hands

Defendant No. 5 Detective Terry Morris 8-13-25
and Mr. Morris Does work For Roberson
county Sheriff's Department
and the State of Tennessee.

Defendant No. 6 Christopher Osborne
Did Assualte Jimmy Anthony Cox SR Pro-ce
on 2-5-25 and Did end in major
Broke Bones and Did But Mr. Cox SR
In Fear of His Life and Did cause
Pain and Suffering and medical Bills
and Mr. Cox SR Does want Felony
assault and one hundred millon
Dollars In Individual and official
capacity Does work For Roberson
county/ Sheriff's Department
and the State of Tennessee.

Defendant No. 7. Roberson county Jail
state holding Facity In the state
of Tennessee and Did Willy and
Knowlying let mr. Jimmy
Anthony Cox SR, Pro-ce Be taken
out to Sullivan county Tennessee
without any mental meds or
Pain meds and Did Let Sullivan
county transport officer/co's


#04

#16 7-6-25

I've never seen these kinds of forms before please fill in for me if any of it aplys to me Because I'm have to fyle all these lawsuits at one on one time Because of the first two e file was not sent out at all how I know is I sent out ~~one~~ two of these forms on the last lawsuilt you will get a never reseved the first two back their on ~~camra~~ camrea going out But never ~~at~~ arived at supreme court Building 401 7th Ave N Nashville TN 37219

Refused

I puting the return forms on the other lawsuilt so you can see I was trying to file in a timely manner.

"See attached" #19 #20

please don't return unless have to haveing trouble with funds

8-13-25

Defendant No. 7 Roberson county/ Jail state holding Facity/State ~~holding~~ of tennessee. make mr. cox's SR-pro-co leave His Bible and crush His Rist so is sue one Hundred millon Dollars Individual - official capacity!

Defendant No. 8 unamed Sheriff's/ Detectives Did on Feb-4-25 and Feb-5-25 Did assaulte/ cover up/ corruption/ with evidence from on mr. Jimmy Anthony cox SR. pro-ce Did end in major Broken Bones/ pain and suffering and Did put mr. cox SR in Fear of his Life they Do work for Roberson county/ Sheriff's Depart/ the state of tenessee and Did willy and Knowingly hide their names and not report proper reports. So mr. cox SR is sue for one hundred millon Dollars Indiviral and official capacity on wants Felony assaulte charge on every one that hurt/ put hands on Mr. Jimmy Anthony cox SR. pro-ce.

#1

Sir/mam 6-29-25

#) When I came Back from surgry I was ok till next day when pain meds/nock out gas where of and was not give any pain that was ~~perci~~ persuribed to me by specialist and Dr. till couple Days after Dr. mathews came and seen me then persuribed Tylenol 3 for 5 days and I only got them once or ~~two~~ two times at morning Dose and every at evening Dose But Have Been Denied the next consiltatshion till some time this week and I've yet to go to the ~~Denten~~ ~~Class~~ Dentist for my teeth Because where the broke my face theirs a Bone sticking out anuff to where my fose ~~pro~~ teeth wont Fit top or bottum I've Had sevre pain when eating and I've got stiches that have not Been lookat ~~when~~ ~~my face move and or my plates that where ne the are in~~ and my plates that got put in my face move or came lose one day I ast servel time for medical

8-13-25

DeFendants.No.9 sullivan county Jail/State holding in the state of tennessee on march 3-25 Did Have two uname transpord officers/co's come get mr. Jimmy Anthony Cox SR pro-se and they did Denie mr. Cox SR. his king James Bible and did crush mr. Cox SR. rist with cuff's so mr. Cox SR. Is sue For one hundred millon Dollars In Individual and offical capacity. And did Denie mr. Cox SR. proper medical care and mental med's and did put mr. Cox SR. in major pain and bad mental health.

DeFendants.No.10 uname two trantpord officers From sullivan county/Jail state holding Facity in the state of Tennessee and did Denie mr. Jimmy Anthony Cox SR. pro-se His King James Bible and did crush mr. Cox SR Rist and cause pain and suffering two uname traintspord officers/co's do work For the state of tenness-ee ... Is sueing For one

# #2 Redacted

6-29-25

#2 They was trying to get me to Have to file in a different Court Because of the first two civil suit in that court or Room 600 court on 5-27-25 I was assaulted so bad that their was blood from X-pod all the way to medical this happend at 9 p.m. or a little later after lock down I was protecting Dereck Dunn and ~~was up set with two inmates~~ ~~which was the other my~~ two cell mate which are Dereck Dunn and Brandan Hartmen told Co's/Sheriff officers that I was protecting him I was sad thing and was sprayed and I did come to get away from the mase but was grab and I Didn't Co clinard Because the mase was in my face and He Had already sprayed me from face to toes and Back up so when this happen ~~[illegible]~~ martinez/Co and other Co's



that me till I was Bleeding out

8-9-25

~~(Pleading)~~

~~12 on same~~

Defendant No. 10. uname two transport officers/CO's hundred million Dollars In Individual and offical capacity.

Defendant No. 11 Charlotte crabtree Did ~~with~~ on 2-4-25 and unone Date with Roberson county Sheriff's officers has cover up/with holded evidence/Stole inheritance ~~Father From Father Jimm~~ Dead Father's tool Life insurice from mr. Jimmy Anthony Cox SR, Proce and has ~~one~~ conspire with cptn Wayne carlisle to steal/show ~~Fo~~ Documents that Falseafi proff of ownership of 12,100 Dollars of mr. Cox SR, money so mr. Cox SR is sueling For one hundred millon Dollar in Individual capacity.

all Is on Bud [illegible]

Jimmy A Cot SR
311 5th Ave East
Spring Field TN
37172

legal
mail




RECEIVED
AUG 19 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Clerk office
719 Church street
1300 Nashville
TN 37203

Mail sent from
ROBERTSON COUNTY DETENTION FACILITY
Is not inspected. RCDF is not responsible for
the contents of this letter.

8/13

HS